IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN B. WAINWRIGHT,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　　Case No.  13-cv-803-wmc

UNITED STATES OF AMERICA,

    Respondent.

    This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Stephen B. Wainwright dismissing as untimely his motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.

| s/ J. Smith, Deputy Clerk | 4/1/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |